**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50445 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00442-PA-20 |
| v. | |
| JUAN CARRILLO, a.k.a. Cholo, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted August 27, 2013[**]

Before:     HUG, FARRIS, and LEAVY, Circuit Judges.

Juan Carrillo appeals from the district court's judgment and challenges the

condition of supervised release requiring him to abstain from consuming alcohol.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Carrillo did not object to the condition of supervised release in the district court, and we therefore review for plain error. *See United States v. Maciel-Vasquez*, 458 F.3d 994, 996 n.3 (9th Cir. 2006). Because there is "some indication in the record of a problem of abuse," the district court did not plainly err when it imposed the condition of supervised release requiring Carrillo to abstain from alcohol. *See United States v. Betts*, 511 F.3d 872, 881 (9th Cir. 2007); *see also United States v. Vega*, 545 F.3d 743, 747-48 (9th Cir. 2008) (recognizing the connection between drug abuse and alcohol abuse when affirming a condition of supervised release prohibiting the consumption of alcohol).

**AFFIRMED**.